

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00217-CV

George **LONG**,
Appellant

v.

**ATASCOSA CENTRAL APPRAISAL DISTRICT**,
Appellee

From the 81st/218th Judicial District Court, Atascosa County, Texas
Trial Court No. 23-04-0253-CVA
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the Order Granting Defendant's Plea to the Jurisdiction is AFFIRMED insofar as it determined George Long's claims arising from the Uniform Declaratory Judgment Act were "DISMISSED with prejudice." The Order Granting Defendant's Plea to the Jurisdiction is REVERSED in all other respects. The cause is REMANDED to the trial court for further proceedings consistent with this opinion.

SIGNED April 30, 2025.

_____
Velia J. Meza, Justice